UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TYESHA N. ISOM | § |
| | § |
| v. | § CIVIL NO. 4:21-CV-274-SDJ |
| | § |
| UNITED STATES DEPARTMENT | § |
| OF HEALTH AND HUMAN | § |
| SERVICES, ET AL. | § |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On April 22, 2021, the Report of the Magistrate Judge, (Dkt. #4), was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Tyesha N. Isom's (1) claims be dismissed without prejudice for lack of subject matter jurisdiction; and (2) Motion to Proceed *In Forma Pauperis*, (Dkt. #3), be denied. Having assessed the Report, and no objections thereto having been timely filed, (Dkt. #5), the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that Plaintiff Tyesha N. Isom's claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

It is further **ORDERED** that Plaintiff Tyesha N. Isom's Motion to Proceed *In Forma Pauperis*, (Dkt. #3), is **DENIED**.

So ORDERED and SIGNED this 2nd day of June, 2021.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE